04 - 1615-CBS

## AFFIDAVIT

I, David C. Johnson, having been duly sworn, do hereby depose and say that:

1.    I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed for two years. Previously I was employed with the U.S. Naval Criminal Investigative Service (NCIS) for four years as a Special Agent. I have been involved in numerous investigations involving health care fraud, money laundering, narcotics, violent crimes and bank robberies.   I have been assigned to the Boston Division of the FBI for nearly two years and am currently assigned to the Boston Bank Robbery Task Force (the "task force"), which is comprised of personnel of the FBI, the Massachusetts State Police, and the Boston and Cambridge Police Departments.

2.    I am aware that Title 18 of the United States Code, Section 2113(a), makes it a crime for anyone to use force and violence or intimidation to take money belonging to or in the care, custody, control, management, possession of any federally insured bank.  Having so said, I make this affidavit in support of a criminal complaint charging an individual named David L. Glavin with robbery of the Sovereign Bank at 125 Summer Street, Boston, MA, on December 2, 2003, in violation of 18 U.S.C. §2113(a).

3.    The facts stated herein are based upon my own personal involvement in this investigation, and my discussions with other

law enforcement officers also involved in this investigation.

4.      On December 2, 2003, at approximately 1:15 p.m., a thin, white male entered the Sovereign Bank at 125 Summer Street in Boston, MA.  The man appeared to be in his mid-twenties and was wearing a black hooded sweatshirt and a black cap.  He approached a teller and handed her a note that read, "I have a gun give me all the 100's 50's and 20's no dye packets and no-1 gets hurts please do as I say!!!"  The teller gave the man $620.00 in response and the man took the money and left the bank and ran in the direction of South Station.  I am aware as a result of my investigation that the Sovereign bank was insured by the Federal Deposit Insurance Corporation (FDIC) at the time of the robbery.

5.      After the man left the bank, bank employees immediately notified the police of the robbery, gave them a description of the robber and indicated he had fled in the direction of South Station.  A police dispatcher in turn immediately broadcast the information.

6.      BPD Officer Edward Toland was in the area and immediately went to South Station after hearing the broadcast. In the concourse area of the station, Officer Toland observed a man matching the robber's description walking briskly through the terminal.   Officer Toland also observed that the man was counting what appeared to be a large amount of currency.   Officer Toland

2

stopped the man, later identified as David L. Glavin, and asked him to come outside the terminal with him.  David L. Glavin became very nervous.  Officer Toland asked him whether he had any weapons or needles in his possession and David L. Glavin said he did not.  However, Officer Toland performed a pat-frisk search and discovered a knife in David L. Glavin's back pocket.

7.   Officer Toland then used his radio to request police assistance.  Upon hearing Officer Toland's request, David L. Glavin punched him in the face and attempted to flee.  Officer Toland grabbed him and the men struggled violently.  Additional officers subsequently came to Officer Toland's assistance and helped him subdue David L. Glavin.  Officers then transported David L. Glavin back to the Sovereign bank for a show-up identification.  Two of the tellers, including the victim teller, positively identified David L. Glavin as the man who had robbed the bank.

8.   Officers then transported David L. Glavin to the police station.  During the search and booking process, a total of $620.00 was discovered in David L. Glavin's possession, the same amount taken during the robbery.  After being advised of his Miranda rights, David L. Glavin admitted that it was in fact he who had robbed the Sovereign bank at 125 Summer Street.

9.   Based on the foregoing, I believe there is probable cause to believe that David L. Glavin, on December 2, 2003, by

3

force and violence, or by intimidation, took from the person or presence of employees of the Sovereign Bank at 125 Summer Street, Boston, MA, money belonging to or in the care, custody, control, management, or possession of the bank, whose deposits were then insured by the FDIC, in violation of 18 U.S.C. §2113(a).

DAVID C. JOHNSON
Special Agent, FBI

Sworn and subscribed to before me this 2nd day of February, 2004

CHARLES B. SWARTWOOD, III
U.S. Magistrate Judge