AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

DAVID L. GLAVIN

## WARRANT FOR ARREST

CASE NUMBER: 04 - 1615-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ DAVID L. GLAVIN ___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
bank robbery

in violation of
Title ___ 18 ___ United States Code, Section(s) ___ 2113(a) ___

CHARLES B. SWARTWOOD III
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

_(signature)_
Signature of Issuing Officer

2-2-04 @ Boston, MA.
Date and Location

Bail fixed at $ ___                                    by ___
                                              Name of Judicial Officer

| RETURN |
| --- |

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST | | |

WARRANT EXECUTED BY
ARREST/ARRAIGNMENT OF THE
DEFENDANT ON ___ 2/13/04 ___

This form was electronically produced by Elite Federal Forms, Inc.