# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 Rev 5/95

IN UNITED STATES  ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE _____ V.S. _____  
FOR _____ AT _____

**LOCATION NUMBER:** D. Mass

**PERSON REPRESENTED** (Show your full name): David Glavin

1. ☒ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

**DOCKET NUMBERS**  
Magistrate: 04-1615-CBS  
District Court:  
Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box →): 18 USC § 2113  
☒ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**  
Are you now employed?  ☐ Yes  ☒ No  ☐ Am Self-Employed  
Name and address of employer: _____  
IF YES, how much do you earn per month? $ _____  
IF NO, give month and year of last employment / How much did you earn per month? $ _____  
If married is your Spouse employed?  ☐ Yes  ☐ No   N/A  
IF YES, how much does your Spouse earn per month? $ _____  
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME** – Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☒ No  
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  
RECEIVED $ _____  SOURCES _____

**CASH** – Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☒ No  IF YES, state total amount $ _____

**PROPERTY** – Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒ No  
IF YES, GIVE THE VALUE AND DESCRIBE IT  
VALUE _____  DESCRIPTION _____

**DEPENDENTS**  
MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED  
Total No. of Dependents: 2  
List persons you actually support and your relationship to them: Taylor, 7 & Morgan, 2 — daughters

**OBLIGATIONS & DEBTS**  
DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)  
APARTMENT OR HOME: N/A  
Creditors _____ Total Debt $ _____ Monthly Paymt. $ _____

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ David Glavin