AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

——————— DISTRICT OF ———————

UNITED STATES OF AMERICA

v.

David Glavin

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 04-1684 CBS

I, __David L. Glavin__, charged in a (complaint) (petition) pending in this District with __Bank Robbery__ in violation of Title __18 USC 2113 (a)__, U.S.C., _____, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_[signature]_
Defendant

_[signature]_
Counsel for Defendant

3/12/04
Date