UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04CR10093-MLW

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. |
| v. ) | VIOLATION |
| ) | 18 U.S.C. §2113(a) |
| DAVID GLAVIN ) | BANK ROBBERY |

INFORMATION

COUNT ONE:   18 U.S.C. §2113(a) - Bank Robbery

The United States Attorney charges that:

On or about December 2, 2003, at Boston, in the District of Massachusetts,

DAVID GLAVIN

defendant herein, by force and violence and by intimidation took from the person and presence of another approximately $620.00 belonging to and in the care, custody, control, management and possession of the Sovereign Bank at 125 Summer Street, Boston, Massachusetts, a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Donald L. Cabell

DONALD L. CABELL
Assistant U.S. Attorney

Date: April 1, 2004