UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                    **CRIMINAL CASE**

                                                      **NO. 04-10093-MLW**

V.

**DAVID GALVIN**

       Defendant(s)

## NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for a Change of Plea Hearing on **MAY 7, 2004** at 2:30 P.M. before Judge Wolf in Courtroom # **10** on the **5th** floor.

TONY ANASTAS
CLERK OF COURT

**April 15, 2004**            By:  **/s/ Dennis O'Leary**
    Date                      Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)                          [ntchrgcnf.]
                                                  [kntchrgcnf.]