UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10093

| United States of America | David Glavin |
|---|---|
| PLAINTIFF | DEFENDANT |
| Donald Cabell | Syrie Fried |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   O'Hara

CLERK'S NOTES

| DATES: | Change of Plea Hearing |
|---|---|
| 05/07/04 | Defendant takes the stand and is sworn. |
| | Waiver of indictment colloquy. |
| | Court accepts the defendant's waiver of indictment and proceeds with the plea colloquy. |
| | Plea Agreement dated 3/16/2004 marked as exhibit 1 of today's date. |
| | Government summarizes the evidence had the case gone to trial. |
| | Defendant pleads guilty to |
| | Court accepts the defendant's plea and orders the clerk to enter the same. |
| | Sentencing scheduled for 8/17/2004 at 3:00 PM - sentencing procedural order to issue. |
| | Defendant's custody to continue and is remanded to the custody of the US Marshal. |