UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                           **CRIMINAL CASE**
                                                            **NO. 04-10093-MLW**

            V.

**DAVID GLAVIN**
            **Defendant(s)**

### NOTICE OF CANCELLATION/RESCHEDULING

**WOLF, D.J.**

1) The **SENTENCING HEARING** previously scheduled for **AUGUST 17, 2004** at **3:00 P.M.** before Judge **Wolf**, has been RESCHEDULED to **August 24, 2004** at **3:00 P.M.** in Courtroom # **10** on the **5th** floor.

2) If the parties would like to file any motions or other pleadings for the court to consider at sentencing they shall be filed by August 10, 2004. Any responses shall be filed by August 17, 2004.

3) Not less than five business days before the sentencing hearing, counsel are to advise the clerk if counsel for either party contends that an evidentiary hearing is necessary, and shall advise the clerk of the amount of time counsel expects would be required to complete the hearing.

                                        TONY ANASTAS
                                        CLERK OF COURT

**June 30, 2004**                       By:   /s/ Dennis O'Leary
    Date                                      Deputy Clerk

**Notice to:**

**(crim-dispo-cancel.wpd - 7/99)**                                                                                                       **[ntchrgcnf.]**
                                                                                                                                              **[kntchrgcnf.]**