UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10093-MLW |
| | ) | |
| | ) | |
| DAVID GLAVIN | ) | |

MOTION TO CONTINUE SENTENCING HEARING

The defendant David Glavin respectfully moves this Court for a continuance of the sentencing hearing in the above-captioned case. The sentencing is currently set for August 24, 2004. As grounds for this motion, counsel states that she is not available to appear before the Court on August 24 as she will be out of state on vacation.[1] In addition, counsel is in the process of gathering drug treatment and hospitalization records pertaining to Mr. Glavin. Mr. Glavin has a long history of drug abuse and treatment,[2] and counsel believes that information from his previous service providers will be very important to a full presentation of the mitigating circumstances surrounding his offense conduct. Counsel anticipates that it will take at least five weeks from today's date to obtain the records sought. For

---

[1] The sentencing in this case was originally set for August 17, 2004.

[2] Mr. Glavin pleaded guilty to a charge of bank robbery.

these reasons, undersigned counsel requests a continuance of the sentencing until early October.

Undersigned counsel has advised Assistant United States Attorney Donald Cabell via telephone message of her intent to request a continuance of the sentencing.  Counsel cannot make any representations regarding government counsel's position on this motion.

WHEREFORE, the defendant respectfully requests that this motion to continue the sentencing hearing be granted.

>           DAVID GLAVIN
>           By his attorney,
>
>           _____
>           /s/ Syrie D. Fried
>           Syrie D. Fried
>             B.B.O. # 555815
>           Federal Defender Office
>           408 Atlantic Avenue, 3rd Floor
>           Boston, MA  02110
>           Tel: 617-223-8061