UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                         **CRIMINAL CASE**

                                                          **NO. 04-10093-MLW**

V.

**DAVID GLAVIN**
                    Defendant(s)

### NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for a SENTENCING HEARING on NOVEMBER 2, 2004 at 11:00 A.M. before Judge Wolf in Courtroom # 10 on the 5th floor.

TONY ANASTAS
CLERK OF COURT

**October 22, 2004**                By:  /s/ Dennis O'Leary
      Date                                Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)                                [ntchrgcnf.]
                                                        [kntchrgcnf.]