UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10093-MLW |
| ) | |
| ) | |
| DAVID GLAVIN ) | |

ASSENTED-TO MOTION TO CONTINUE SENTENCING HEARING

    The defendant David Glavin respectfully moves this Court for a continuance of the sentencing hearing in the above-captioned case.  The sentencing is currently set for November 2, 2004.  As grounds for this motion, counsel states that notice of the new sentencing date was given on Friday October 22.  The short period of time between this notice and the proposed sentencing date does not leave counsel with enough time to file a sentencing memorandum in this case.  Counsel is working on a brief to the First Circuit in the case of United States v. Kevin Kelley, no. 04-1178, and will not finish it before Friday October 29.

    Mr. Glavin faces sentencing as a career offender, assuming the constitutionality of the Sentencing Guidelines.  He has a long history of heroin addiction and victimization as a child which should be set forth in a comprehensive memorandum to this Court.  Therefore counsel requests a continuance of the sentencing to the week of November 22, 2004.

Undersigned counsel has spoken with Assistant United States Attorney Donald Cabell regarding this request for a continuance of the sentencing. Counsel represents that Mr. Cabell has no objection to this motion.

WHEREFORE, the defendant respectfully requests that this motion to continue the sentencing hearing be granted.

```
                                DAVID GLAVIN
                                By his attorney,


                                _____
                                /s/ Syrie D. Fried
                                Syrie D. Fried
                                  B.B.O. # 555815
                                Federal Defender Office
                                408 Atlantic Avenue, 3rd Floor
                                Boston, MA  02110
                                Tel: 617-223-8061
```