UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**  **CRIMINAL CASE NO. 04-10093-MLW**

**V.**

**DAVID GLAVIN**
       **Defendant(s)**

## AMENDED NOTICE OF CANCELLATION/RESCHEDULING

**WOLF, D.J.**

1) The **SENTENCING HEARING** before Judge **Wolf**, has been RESCHEDULED to **FEBRUARY 4, 2005** at **3:00 P.M.** in Courtroom # **10** on the **5th** floor.

2) If the parties would like to file any motions or other pleadings for the court to consider at sentencing they shall be filed by JANUARY 21, 2004. Any responses shall be filed by JANUARY 28, 2004.

3) Not less than five business days before the sentencing hearing, counsel are to advise the clerk if counsel for either party contends that an evidentiary hearing is necessary, and shall advise the clerk of the amount of time counsel expects would be required to complete the hearing.

                                            TONY ANASTAS
                                            CLERK OF COURT

**January 10, 2005**      By:    **/s/ Dennis O'Leary**
    Date                     **Deputy Clerk**
**Notice to:**
(crim-dispo-cancel.wpd - 7/99)                    [ntchrgcnf.][kntchrgcnf.]