**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
408 ATLANTIC AVENUE, 3RD FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-223-8061
(FAX) 617-223-8080

January 31, 2005

Mr. Dennis O'Leary,
Deputy Clerk, U.S. District Court
1 Courthouse Way, Suite 1200
Boston, MA 02110

                                  Re: <u>United States v. David Glavin</u>
                                        Crim. No.  04-10093-MLW

Dear Mr. O'Leary,

      Enclosed please find materials for submission to the court in support of Mr. Glavin's sentencing memorandum in the above-captioned case. The enclosures consist of two psychological evaluations. I do not know whether this material is appropriate for scanning into the court's files, as the examinations contain rather sensitive information. If you need me to file these materials in a scanned version, please let me know. I would appreciate your forwarding the enclosed to Judge Wolf as soon as possible so that he will have it in advance of Friday's hearing in this case. Thank you for your help in this matter.

                                                        Sincerely,

                                                        Syrie D. Fried
                                                       Attorney for David Glavin

cc: AUSA Donald Cabell
Enclosures