UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10093

| United States | David Glavin |
| PLAINTIFF | DEFENDANT |
| Donald Cabell | Syrie Fried |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER   Twomey

CLERK'S NOTES

| DATES: | Sentencing Hearing |
|---|---|
| 2/4/05 | All factual statements contained in the PSR are adopted by the court without objection from either party. |
| | Court calculates the guidelines as follows: TOL 29, CH VI, 151-188 months custody, 24-36 months supervised release, $620.00 restitution, $15K-$150K fine and $100.00 special assessment fee.  Government recommends a sentence of 151 months.  However, if the courts decides not to sentence the defendant as a career criminal then the government would recommend a sentence of 96 months each of which to be followed by 36 months supervised release, $620 in restitution, no fine and $100 special assessment fee.  Defendant requests that the defendant not be treated as a career criminal and asks for a sentence of 60-77 months.  Defendant addresses the court.  Formal sentencing: 86 months custody with the judicial recommendation that he participate in the 500 hour BOP drug treatment program followed by 36 months supervised release on the standard conditions plus not possess a firearm or other dangerous weapon, participate in a substance abuse program as prescribed by probation, participate in a mental health program as prescribed by probation , pay $620 in restitution, incur no new credit charges or lines of credit, provide financial info as requested by probation which may be shared with the financial litigation department of the US Attorney's office, cooperate in the collection of a DNA sample.  Defendant advised of his rights to appeal the judgment and to counsel. |