(Rev. 6/90)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    V.

CRIMINAL NO. _O4 - 10093_

~~David~~ Glavin
**Defendant**

## MEMORANDUM OF SENTENCING HEARING
## AND
## REPORT OF STATEMENT OF REASONS

WGY _____ **D.J.**

Counsel and the defendant were present for sentencing hearing on _2/4/05_. The matters set forth were reviewed and considered. The reasons for sentence pursuant to Title 18 U.S.C. 3553(c), as set forth herein, were stated in open court.

1.     Was the presentence investigation report (PSI) reviewed by counsel and defendant including any additional materials received concerning sentencing?    ✓ Yes ___No

2.(a)   Was information withheld pursuant to FRCrP 32(c)(3)(A)?    ___Yes ___No

(b)     If yes to (a), has summary been provided by the court pursuant to FRCrP 32(c)(3)(B)?    ___Yes ___No

3.(a)   Were all factual statements contained in the PSI adopted without objection?    ✓ Yes ___No

(b)     If no to (a) the PSI was adopted in part with the exception of the following factual issues in dispute:

(c)     Disputed issues have been resolved as follows after ___evidentiary hearing, ___further submissions and/or ___arguments:

[kmemsen.]

4.(a)    Are any legal issues in dispute?                                    ___Yes ___No

            If yes, describe disputed issues and their resolution:

5.(a)    Is there any dispute as to guideline applications (such as
            offense level, criminal history category, fine or restitution)
            as stated in the PSI?                                              ___Yes ___No

            If yes, describe disputed areas and their resolution:

(b)    Tentative findings as to applicable guidelines are:

            Total Offense Level: ____29____        Career Offen 4 - 21

            Criminal History Category: ___VI____

            __151__ to __188__ months imprisonment        77-96 w/o CO

            __24__ to __36__ months supervised release

            $__15,000__ to $__150,000__ fine (plus $_____ cost of
                                                                                imprisonment/supervision)

            $__620__ restitution

            $__100__ special assessment ($_____ on each of
                                                                counts                )

6.(a)    Are there any legal objections to tentative findings?        ___Yes ✓No

(b)    If no, findings are adopted by the Court.

(c)    If yes, describe objections and how they were addressed:

            OR sentence hearing is continued to _____
            to allow for preparation of oral argument or filing of written
            submissions by _____.

2

7.(a)    Remarks by counsel for defendant.[1]                                    ___Yes ___No

  (b)    Defendant speaks on own behalf.                                         ✓Yes ___No

  (c)    Remarks by counsel for government.                                      ✓Yes ___No

8.(a)    The sentence will be imposed in accordance with the prescribed forms in the
         Bench Book Sec. 5.02 as follows:

         _____86_____months imprisonment *Participate in 500 hour
                                          drug treatment program.*

         _____months/intermittent community confinement

         _____months probation

         _____36_____months supervised release ✻

         $_____0_____fine (including cost of imprisonment/supervision)

         $_620_____restitution

         $_100_____special assessment ($_____on each of
                                          counts _____)

         Other provisions of sentence:  (community service, forfeiture, etc.)

         ✻ ♠

                      See attached
                      Transcript excerpt

  (b)  ✓  After imposing sentence, the Court has advised the defendant of the defendant's right to appeal
         within 10 days of the entry of judgment in accordance with FRCrP 32(a)(2).

---

[1] The order of argument and/or recommendations and allocution may be altered to accord with the Court's practice.

3

9.      Statement of reasons for imposing sentence.
        Check appropriate space.

(a)__   Sentence is within the guideline range and that range does not exceed 24 months and the Court
        finds no reason to depart from the sentence called for by application of the guidelines.

OR__    Sentence is within the guideline range and that range exceeds 24 months and the reasons for
        imposing the selected sentence are:

(b)__   Sentence departs from the guideline range as a result of

        __ substantial cooperation upon motion of the government

        OR

        ✔ a finding that the following (aggravating or mitigating) circumstance exists that is of a kind
        or degree not adequately taken into consideration by the Sentencing Commission in formulating
        the guidelines and that this circumstance should result in a sentence different from that
        described by the guidelines for the following reasons:

        See attached Transcript
        Excerpt

(c)__   Is restitution applicable in this case?                    ✔__Yes ___No

        Is full restitution imposed?                               ✔Yes ___No

        If no, less than full restitution is imposed for the following reasons:

4

(d)___    Is a fine applicable in this case?                                          ✓ Yes  ___No

Is the fine within the guidelines imposed?                              ___Yes  ✓ No

If no, the fine is not within guidelines or no fine is imposed for the following reasons:

✓    Defendant is not able, and even with the use of a reasonable installment schedule is not likely to become able, to pay all or part of the required fine; or

____   Imposition of a fine would unduly burden the defendant's dependants; or

____   Other reasons as follows:


10.    Was a plea agreement submitted in this case?                    ___Yes ___No

Check appropriate space:

___   The Court has accepted a Rule 11(e)(1)(A) charge agreement because it is satisfied that the agreement adequately reflects seriousness of the actual offense behavior and accepting the plea agreement will not undermine the statutory purposes of sentencing.

____   The Court has accepted either a Rule 11(e)(1)(B) sentence recommendation or a Rule 11(e)(1)(C) sentence agreement that is within the applicable guideline range.

____   The Court has accepted either a Rule 11(e)(1)(B) sentence recommendation or a Rule 11(e)(1)(C) sentence agreement that departs from the applicable guideline range because the Court is satisfied that such a departure is authorized by 18 U.S.C. 3553(b).

11.    Suggestions for guideline revisions resulting from this case are submitted by an attachment to this report.                    ___Yes ___No

12.    The PSI is adopted as part of the record, either in whole or in part as discussed above and is to be maintained by the U.S. Probation Department under seal unless required for appeal.

13.    Judgment will be prepared by the clerk in accordance with above.

14.    The clerk will provide this Memorandum of Sentencing Hearing And Report of Statement of Reasons to the U.S. Probation Department for forwarding to the Sentencing Commission, and if the above sentence includes a term of imprisonment, to the Bureau of Prisons.


_Feb 18, 2005_                                 _Alan L. Way_
DATE                                          UNITED STATES DISTRICT JUDGE