2-4-05
Docket Number
CR-04-10093

FILED
US OFFICE

2006 AUG 31 P 5:20

DISTRICT COURT
DIST OF MASS

8-26-06

Dear MR Judge Mark Wolf.

    I'm writing you specifically as to the $620.00 restitution. that the District Attorney Don Cabell told the court I would not have to pay. I have already sent him this same infomation on 3-6-06 with no responce. The enclosures are self-explanatory. Since I Arrived at U.S.P Allenwood, PA I've been forced to repay this amount via the B.O.P's restitution program, Sir in all due respect there apparently has been a "Catch-22" or rather falling Between the cracks, so to speak. The Judgment and commitment papers I believe need to be corrected and/or whatever else can be done, I'm only asking for relief from this burden in as much the fact that it is clearly wrong. I understand bureauracy and red tape and I respectfully

request sir that you correct this Because I've tryed all I can on this side. My Lawyer in this case syrie Fried wont write me Back and never returns my phone calls. I've also adjusted positivly taking my education classes and completed my Drug program and Groups. I'm thanking you in advance for your anticapated cooperation.

Sincerly

David Glavin

cc:
   my File
   DAVID GLAVIN
   #25092-038
   U.S.P Allenwood
   P.O Box 3000
   white Deer, PA
             17887