(21)

1   that the defendant obtain drug treatment under the
2   supervision of the Probation office. We're not
3   recommending a fine, your Honor, based on the defendant's
4   circumstances.
5       THE COURT: What about the $620 restitution?
6       MR. CABELL: Well, we'd ask the court to impose
7   the order, but that money has been held in evidence by
8   the Boston Police, so it would simply be returned to the
9   bank. So we don't expect Mr. Glavin would actually have
10  to come up with that.
11      THE COURT: Ms. Fried.
12      MS. FRIED: Thank you, your Honor. There's so
13  much to address here. I think what I want to first start
14  with, since the court was using this analytical framework
15  of the Guidelines and departures, is to talk about if we
16  were in a pure Guideline regime what departures might be
17  appropriate, what would be some bases for departing from
18  a career offender Guideline range.
19      The court mentioned a couple of possible ones.
20  I think the first one I want to start with, though, would
21  be criminal history overstates. And this is an
22  interesting case where Mr. Glavin does have a lot of
23  criminal history points, and his record puts him into
24  category 6, but the career offender Guideline has the
25  effect of substantially elevating the offense level as

43

1  conditions that you not prohibit -- that you not possess
2  a firearm -- firearm or other dangerous weapon, that you
3  pay $620 in restitution if it's not already been paid,
4  that you not incur any new credit charges or open any
5  additional lines of credit without the approval of the
6  Probation officer, that you provide the Probation officer
7  access to any requested financial information which can
8  be shared with the US Attorney's office, that you
9  participate in a program for substance abuse treatment as
10 directed by the Probation office, which program may
11 include up to 104 drug tests per year to determine
12 whether you've used alcohol or drugs and, if you have
13 money or insurance, that you contribute to the payment,
14 that you not consume any alcoholic beverages, that you
15 use your true name and other identifiers at all times,
16 and that you also participate in any mental health
17 treatment program prescribed by Probation, and that you
18 provide your DNA.
19         You have to pay a $100 special assessment.
20         You also have a right to appeal this sentence
21 within ten days of the entry of judgment.  If you would
22 like to do that but cannot afford a lawyer, one will be
23 appointed again to represent you at public expense.
24         You've heard me say most of the things that make
25 the 86 months the most appropriate sentence, but let me